1  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@mission.legal

5  Attorney for Plaintiff,
   Francisca Moralez

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | Case No. 3:16-cv-06924-WHA |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| LOWE'S HOME CENTERS, LLC dba LOWE'S; DS FOUNDERS, LLC, | |
| Defendants. | |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: April 3, 2017                    MISSION LAW FIRM, A.P.C.

                                       */s/ Zachary M. Best*
                                       Zachary M. Best
                                       Attorney for Plaintiff,
                                       Francisca Moralez